# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AntennaSys, Inc.<br><br>        Plaintiff,<br><br>v.<br><br>AQYR Technologies, Inc.<br><br>        Defendant. | Civil Action No. 1:17-cv-105<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF ANTENNASYS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

☐    The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

-OR-

☐    The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

-OR-

☐    The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

-AND/OR-

☐    The filing party identifies the following publicly held corporations with which a merger agreement exists:

-OR-

☒   The filing party has none of the above.

                         Respectfully submitted,

                         AntennaSys, Inc.

                         By their attorneys,

                         COOK, LITTLE, ROSENBLATT & MANSON, p.l.l.c.

Dated:  March 15, 2017                   By: /s/ Arnold Rosenblatt
                                                Arnold Rosenblatt, Esq. (DNH #2879)
                                                Kathleen M. Mahan, Esq. (DNH #17124)
                                                1000 Elm Street, 20th Floor
                                                Manchester, NH  03101
                                                (603) 621-7100
                                                a.rosenblatt@clrm.com
                                                k.mahan@clrm.com