AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of New Hampshire__ on the following

☐ Trademarks or   ☒ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:17-cv-00105-PB | DATE FILED<br>3/15/2017 | U.S. DISTRICT COURT<br>District of New Hampshire |
|---|---|---|
| PLAINTIFF<br>AntennaSys, Inc. | | DEFENDANT<br>AQYR Technologies, Inc. and Windmill International, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,432,868 | 10/7/2008 | AntennaSys, Inc. and Windmill International, Inc. (GBS Positioner, LLC) |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT
7/24/2019- Judgment must be entered for the defendants on all of plaintiff's claims.
7/24/2019- For the same reason defendants are entitled to summary judgment on plaintiff's claims, AQYR is entitled to a declaratory judgment of non-infringement based on its counterclaim.
7/25/2019- Judgment issued.
**10/7/2020- Opinion of USCA for the Federal Circuit- VACATED AND REMANDED- Case Reopened. 1/22/2021- Stipulation of Dismissal with Prejudice   1/25/2021 Joint Motion to Vacate claim construction order granted.  2/4/2021 Case Closed**

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| /s/ Daniel J. Lynch | /s/ Jennifer Sackos | 5/17/2017 |
| /s/ Tracy A. Uhrin | /s/ Jennifer Sackos | 7/25/2019 |
| /s/Tracy A. Uhrin | /s/Jennifer Sackos | **2/4/2021** |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

[Print]   [Save As...]                                                         [Reset]